AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CLAUDIA THOLL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CV-13-3858 |
| BANK OF AMERICA CORP., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Aetna Life Ins. Co.

Date: 09/04/2013

s/
*Attorney's signature*

Michael H. Bernstein (MB0579)
*Printed name and bar number*

Sedgwick LLP
225 Liberty St., 28th Floor
New York, New York 10281
*Address*

michael.bernstein@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 4th day of September, 2013, upon the following:

Eitan Nof, Esq.<br>
Mandell & Santora<br>
Attorney for Plaintiff<br>
29 Broadway<br>
Lynbrook, NY 11563<br>
(516)599-8866

s/_____
Michael H. Bernstein

Dated:   New York, New York
         September 4, 2013