ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

September 4, 2013

Hon. Joseph F. Bianco
United States District Court Judge
United States District Court for the Eastern
District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

Re:  *Claudia Tholl* v. *Bank of America et al.*
     Civ. Act. No. 13-3858
     File No.: 00322-008174

Dear Judge Bianco:

      This office represents Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced action.  We write to request an additional extension of time to answer or otherwise respond to the Complaint from September 5, 2013 to September 19, 2013.  This is our second request for an extension of time.  By Order dated August 7, 2013, this Court granted Aetna's first request, extending Aetna's time to respond to the Complaint to September 5, 2013.  We are waiting for additional documents from our client in order to prepare an answer and evaluate the allegations in the Complaint.  Plaintiff consents to the request for an extension of time.

      Thank you for your consideration of this matter.

Respectfully submitted,


s/ *Michael H. Bernstein*
Michael H. Bernstein
Sedgwick LLP

MHB

cc:  Eitan Noff, Esq.

NY/1273200v1

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED SEPTEMBER 4, 2013** was served via ECF on this 4th day of September, 2013, upon the following:

Eitan Noff, Esq.
Mandell & Santora
29 Broadway
Lynbrook, New York 11563

                                                      s/ Michael H. Bernstein
                                                     MICHAEL H. BERNSTEIN

Dated:    New York, New York
              September 4, 2013

NY/1273200v1