Beth L. Kaufman (BK 7809)
Paulette Morgan (PM 9989)
SCHOEMAN UPDIKE KAUFMAN STERN
& ASCHER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
Attorneys for Defendant Bank of America Corp.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CLAUDIA THOLL,

                Plaintiff,

    -against-

BANK OF AMERICA CORP., AETNA
HEALTH AND LIFE INS. CO., and
UNITEDHEALTHCARE INS. CO. of
NEW YORK,

                Defendants.
-------------------------------------------------------------X

Civil Action No. CV-13-3858
ECF Case
JFB/WDW

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Bank of America Corp. and requests that copies of all notices and other court papers to be served upon defendant be served upon the undersigned at the address listed below.

Dated: September 5, 2013
       New York, New York

                              SCHOEMAN UPDIKE KAUFMAN STERN &
                              ASCHER LLP

                              By:_____
                                  Beth L. Kaufman
                              551 Fifth Avenue
                              New York, New York 10176
                              (212) 661-5030
                              *Attorneys for Defendant Bank of America Corp.*