**CERTIFICATE OF SERVICE**

      I, PAULETTE MORGAN, hereby certify and affirm that a true and correct copy of the attached **Notice of Appearance** was served via ECF on this 5th day of September, 2013, upon the following:

Eitan Noff, Esq.
Mandell & Santora
29 Broadway
Lynbrook, New York 11563

Michael H. Bernstein, Esq.
Sedgwick LLP
225 Liberty Street
28th Floor
New York, NY 10281-1008

Christopher Coxon, Esq. (by mail)
United Healthcare Company of New York

                                                     */s Paulette Morgan*
                                                     Paulette Morgan

Dated:      New York, New York
               September 5, 2013