UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CLAUDIA THOLL,                                    Civil Action No.: 13 CV 3858
                                                  (BJW)
                Plaintiff,

      -against-                             **RULE 7.1 DISCLOSURE**
                                                  **STATEMENT FOR AETNA**
BANK OF AMERICA CORPORATION,                      **LIFE INSURANCE COMPANY**
AETNA HEALTH AND LIFE INSURANCE
COMPANY, AND UNITEDHEALTHCARE                     DOCUMENT
INSURANCE COMPANY OF NEW YORK                     ELECTRONICALLY FILED

                Defendant.
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, AETNA LIFE INSURANCE COMPANY ("AETNA"), certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held:

    1.    Aetna Inc.


Dated:   New York, New York
             September 19, 2013

                                                    Respectfully submitted,

                                                                   s/
                                           Michael H. Bernstein (MB 0579)
                                           SEDGWICK, LLP
                                           *Attorneys for Defendant*
                                           *Aetna Life Insurance Company*
                                           225 Liberty Street, 28th Floor
                                           New York, New York 10281
                                           Telephone: (212) 422-0202
                                           Facsimile: (212) 422-0925

NY/1277872v1

To: Eitan Nof, Esq.
   Mandell & Santora
   Attorney for Plaintiff
   29 Broadway
   Lynbrook, NY 11563
   (516)599-8866

NY/1277872v1

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY** was served via ECF and regular mail on September 19, 2013, upon the following:

> Eitan Nof, Esq.
> Mandell & Santora
> Attorney for Plaintiff
> 29 Broadway
> Lynbrook, NY 11563
> (516)599-8866

                                      s/
                              Michael H. Bernstein (MB 0579)

Dated:   New York, New York
             September 19, 2013