Beth L. Kaufman (BK 7809)
Paulette Morgan (PM 9989)
SCHOEMAN UPDIKE KAUFMAN STERN
& ASCHER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
Attorneys for Defendant Bank of America Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CLAUDIA THOLL,

               Plaintiff,

   -against-

BANK OF AMERICA CORP., AETNA
HEALTH AND LIFE INS. CO., and
UNITEDHEALTHCARE INS. CO. of
NEW YORK,

               Defendants.
---------------------------------------------------------------X

Civil Action No. CV-13-3858
ECF Case
JFB/WDW

**CERTIFICATE OF SERVICE**

    I, PAULETTE MORGAN, hereby certify and affirm that a true and correct copy of the attached STIPULATION AND ORDER was served via ECF on this 9th day of October, 2013, upon the following:

Eitan Noff, Esq. (by ECF)
Mandell & Santora
29 Broadway
Lynbrook, New York 11563

Michael H. Bernstein, Esq. (by ECF)
Sedgwick LLP
225 Liberty Street
28th Floor
New York, NY 10281-1008

Christopher Coxon, Esq. (by mail)
United Healthcare Company of New York

                                                                                */s Paulette Morgan*
                                                                                Paulette Morgan

Dated:        New York, New York
                  October 9, 2013