Beth L. Kaufman (BK 7809)
Paulette Morgan (PM 9989)
SCHOEMAN UPDIKE KAUFMAN STERN
& ASCHER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
Attorneys for Defendant Bank of America Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CLAUDIA THOLL,

             Plaintiff,

  -against-

BANK OF AMERICA CORP., AETNA
HEALTH AND LIFE INS. CO., and
UNITEDHEALTHCARE INS. CO. of
NEW YORK,

             Defendants.
-------------------------------------------------------------X

Civil Action No. CV-13-3858
ECF Case
JFB/WDW

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff and for defendant Bank of America Corp. that the time for defendant Bank of America to file responsive pleadings in this action may be extended from October 23, 2013 to and including November 6, 2013. This is the third extension of time for defendant Bank of America.

Dated: New York, New York
       October 22, 2013

MANDELL & SANTORA

By: _____
    Eitan Nof
29 Broadway
Lynbrook, NY 11563
(516) 599-8866
*Attorneys for Plaintiff*

SCHOEMAN UPDIKE KAUFMAN
STERN & ASCHER LLP

By: _____
    Beth L. Kaufman (BK 7809)
    Paulette Morgan (PM 9989)
551 Fifth Avenue
New York, New York  10176
(212) 661-5030
*Attorneys for Defendant Bank of America Corporation*