Beth L. Kaufman (BK 7809)
Paulette Morgan (PM 9989)
SCHOEMAN UPDIKE KAUFMAN STERN
& ASCHER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
*Attorneys for Defendant Bank of America Corporation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLAUDIA THOLL,

                      Plaintiff,

    -against-

BANK OF AMERICA CORP., AETNA
HEALTH AND LIFE INS. CO., and
UNITEDHEALTHCARE INS. CO. of
NEW YORK,

                      Defendants.
-----------------------------------------------------------------X

Civil Action No. CV-13-3858
ECF Case
JFB/WDW

**RULE 7.1 DISCLOSURE**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Bank of America Corporation, s/h/a Bank of America, through its attorneys, Schoeman Updike Kaufman Stern & Ascher LLP, states that it is a publicly held corporation, there is no parent corporation and no publicly held corporation owns 10% or more of Bank of America Corporation's stock.

Dated:	November 13, 2013
	New York, New York

                                SCHOEMAN UPDIKE KAUFMAN
                                STERN & ASCHER LLP

                                By: */s/ Paulette Morgan*
                                      Paulette Morgan
                                      551 Fifth Avenue
                                      New York, NY  10176
                                      Tel: (212) 661-5030
                                      pmorgan@schoeman.com
                                      *Attorneys for defendant Bank of America Corporation*