Beth L. Kaufman (BK 7809)
Paulette Morgan (PM 9989)
SCHOEMAN UPDIKE KAUFMAN STERN
& ASCHER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
Attorneys for Defendant Bank of America Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLAUDIA THOLL,

                    Plaintiff,

    -against-

BANK OF AMERICA CORP., AETNA
HEALTH AND LIFE INS. CO., and
UNITEDHEALTHCARE INS. CO. of
NEW YORK,

                    Defendants.
------------------------------------------------------------X

Civil Action No. CV-13-3858
ECF Case
JFB/WDW

**CERTIFICATE OF SERVICE**

        Paulette Morgan, an attorney admitted to practice in this District, hereby certifies that on this date, November 13, 2013, a copy of the Answer with Affirmative Defenses and Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to e-mail to all parties by operation of the Court's electronic filing system or by certified mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Eitan Noff, Esq. (by ECF)
Mandell & Santora
29 Broadway
Lynbrook, New York 11563

Michael H. Bernstein, Esq. (by ECF)
Sedgwick LLP
225 Liberty Street
28th Floor
New York, NY 10281-1008

Christopher Coxon, Esq. (by certified mail)
United Healthcare Company of New York
Legal Department
185 Asylum Street
Hartford, CT 06103


Dated:    November 13, 2013
          New York, New York

_____
Paulette Morgan