ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

November 21, 2013

Hon. Joseph F. Bianco
United States District Court Judge
United States District Court for the Eastern
District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

Re:  *Claudia Tholl* v. *Bank of America et al.*
     Civ. Act. No. 13-3858
     File No.: 00322-008174

Dear Judge Bianco:

    This office was recently asked to represent Defendant United Healthcare Insurance Company of New York ("United") in the above-referenced action. We write to request an extension of time to answer or otherwise respond to the Complaint to November 27, 2013. According to the Docket, United was supposed to respond to the Complaint by August 5, 2013. We were retained today by United. This is our first request for an extension of time. Plaintiff consents to the request for an extension of time.

    Thank you for your consideration of this matter.

Respectfully submitted,

s/Michael H. Bernstein
Michael H. Bernstein
Sedgwick LLP

MHB

cc:  Eitan Noff, Esq.

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED NOVEMBER 21, 2013** was served via ECF on this 21th day of November, 2013, upon the following:

| **Eitan Nof** | **Beth L. Kaufman** |
|---|---|
| Mandell & Santora | Schoeman Updike Kaufman Stern & Ascher, LLP |
| 29 Broadway | 551 Fifth Avenue |
| Lynbrook, NY 11563 | New York, NY 10176 |
| (516)599-8866 | (212) 661-5030 |
| Fax: (516)599-6611 | Fax: (212) 687-2123 |
| Email: enof@mandellandsantora.net | Email: bkaufman@schoeman.com |

                              s/Michael H. Bernstein
                              MICHAEL H. BERNSTEIN

Dated:   New York, New York
         November 21, 2013