UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CLAUDIA THOLL,                                                      Civil Action No.: 13 CV 3858
                                                                    (JFB)(WDW)
                            Plaintiff,

       -against-                                               **RULE 7.1 DISCLOSURE STATEMENT FOR UNITED HEALTHCARE INSURANCE COMPANY**

BANK OF AMERICA CORPORATION,
AETNA HEALTH AND LIFE INSURANCE
COMPANY, AND UNITEDHEALTHCARE                                       DOCUMENT
INSURANCE COMPANY OF NEW YORK                                       ELECTRONICALLY FILED

                            Defendant.
---------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant United Healthcare Insurance Company incorrectly sued herein as United Healthcare Insurance Company Of New York ("United") certifies that UnitedHealth Group Incorporated is the corporate parent of United, which is publicly held and owns 10% or more of United's stock.


Dated:   New York, New York
             November 27, 2013

                                                          Respectfully submitted,

                                                           s/ Michael H. Bernstein
                                                          Michael H. Bernstein (MB 0579)
                                                          SEDGWICK, LLP
                                                          *Attorneys for Defendant*
                                                          *United Healthcare Insurance Company*
                                                          225 Liberty Street, 28th Floor
                                                          New York, New York 10281
                                                          Telephone: (212) 422-0202
                                                          Facsimile: (212) 422-0925

2

To: Eitan Nof, Esq.
Mandell & Santora
Attorney for Plaintiff
29 Broadway
Lynbrook, NY 11563
(516)599-8866

Beth L. Kaufman, Esq.
Schoeman Updike Kaufman Stern & Ascher, LLP
Attorney for Co-Defendant Bank of America
551 Fifth Avenue
New York, NY 10176
(212) 661-5030
Fax: (212) 687-2123

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT FOR UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK** was served via ECF on November 27, 2013, upon the following:

Eitan Nof, Esq.
Mandell & Santora
Attorney for Plaintiff
29 Broadway
Lynbrook, NY 11563
(516)599-8866

Beth L. Kaufman, Esq.
Schoeman Updike Kaufman Stern & Ascher, LLP
Attorney for Co-Defendant Bank of America
551 Fifth Avenue
New York, NY 10176
(212) 661-5030
Fax: (212) 687-2123


        s/ Michael H. Bernstein
    Michael H. Bernstein (MB 0579)

Dated:   New York, New York
         November 27, 2013